| | |
|---|---|
| 1 | DAVID J. COHEN, ESQ. |
| 2 | California Bar No. 145748 |
| | **BAY AREA CRIMINAL LAWYERS, PC** |
| 3 | 300 Montgomery Street, Suite 660 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 398-3900 |
| 5 | Attorneys for Defendant **John Ho** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-00794-EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING CHANGE OF** |
| | ) | **PLEA HEARING AND [PROPOSED]** |
| v. | ) | **ORDER THEREON** |
| | ) | |
| JOHN HO, | ) | DATE: November 30, 2011 |
| | ) | TIME: 2:30 p.m. |
| Defendant. | ) | CTRM: 5 |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Ho's change of plea hearing currently set for November 30, 2011 at 2:30 p.m. be continued to December 14, 2011 at 2:30 p.m.

**IT IS SO STIPULATED.**

```
                              MELINDA HAAG, ESQ.
                              United States Attorney


Dated: November 29, 2011  By: /s/Derek R. Owens
                              DEREK R. OWENS, ESQ.
                              Assistant United States Attorney
                              Attorney for Plaintiff
```

1

Dated: November 29, 2011   By: /s/David J. Cohen
                               DAVID J. COHEN, ESQ.
                               Attorneys for Defendant **John Ho**

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
THE HONORABLE
UNITED STATES _____ JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

2